# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-cv-260-FDW-DSC

| | |
|---|---|
| SHIRLEY R. HARDIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANCIS KATEH, and ANSON COUNTY )<br>HEALTH DEPARTMENT )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on Defendants' Motion to Stay Deadlines (Doc. No. 19). Because Defendants have filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 14), and having found good cause shown, Defendant's Motion is GRANTED.

IT IS THEREFORE ORDERED all deadlines and proceedings in this case are hereby STAYED pending disposition of Defendant's Motion to Dismiss. (Doc. No. 14).

IT IS SO ORDERED.

Signed: January 26, 2011

Frank D. Whitney
United States District Judge