UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-260-FDW-DSC

| SHIRLEY R. HARDIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FRANCIS KATEH, and ANSON COUNTY HEALTH DEPARTMENT | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. On December 15, 2010, after discovery had commenced in this action, Defendants filed a Motion to Dismiss pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. (Doc. No. 14). Upon Defendants' motion, and consistent with this Court's practice of tolling the period in which to hold a Rule 26(f) initial attorney's conference when a jurisdictional challenge has been filed (3:07-mc-47, Doc. No. 2-4 § 3(c)(i)), the Court stayed all deadlines in this matter pending disposition of Defendants' motion. (Doc. No. 20). Upon reviewing Defendants' motion and all documents filed in support and opposition thereto, the Court converted Plaintiff's sur-response in opposition to Defendant's motion into an amended complaint. (Doc. No. 27). Accordingly, Defendants' motion was denied as moot. (Doc. No. 30).

IT IS THEREFORE ORDERED:

1. The Court's order of January 26, 2011, staying the deadlines in this case (Doc. No. 20) is hereby VACATED. The stay is accordingly lifted.

2. Because a number of important deadlines contained in the Court's Case Management Order (Doc. No. 10) have already passed during the pendency of the stay, the following revised

deadlines will apply prospectively[1]:

    a.    **Supplemental Discovery Completion:**    April 7, 2011

    b.    **ADR Deadline:**    April 21, 2011

    c.    **Dispositive Motions (filed):**    May 5, 2011

    d.    **Dispositive Motions (hearing):**    Week of June 6-10, 2011

    e.    **Pretrial Submissions:**    7 calendar days before FPC

    f.    **Final Pretrial Conference (FPC):**    Week of June 20-24, 2011

    g.    **Trial Setting:**    Term beginning July 11, 2011

IT IS SO ORDERED.

Signed: March 10, 2011

Frank D. Whitney
United States District Judge

---

[1] Due to this Court's schedule as reserve-duty Military Judge, there is a likely possibility that during a period of active-duty deployment this matter will be reassigned to another judge in this District. In that event, all deadlines will be subject to that judge's docket.