# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:10-cv-260-FDW-DSC

| | | |
|---|---|---|
| **SHIRLEY R. HARDIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FRANCIS KATEH, and ANSON COUNTY** | ) | |
| **HEALTH DEPARTMENT** | ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. On December 15, 2010, Defendant moved to dismiss *pro se* Plaintiff's Complaint for lack of subject matter jurisdiction (Doc. No. 14). Because this motion was made subsequent to the parties' Rule 26(f) initial attorneys' conference, the Court stayed the deadlines of the case pending disposition of Defendant's motion. (Doc. No. 20). In the course of responding to Defendant's motion, Plaintiff raised new claims not contained in her Complaint and moved to dismissed a number of claims. The Court converted Plaintiff's memorandum in opposition to Defendant's motion into an Amended Complaint (Doc. No. 27), denied as moot Defendant's motion (Doc. No. 31), and lifted the stay in the case after issuing new deadlines (Doc. No. 32). Defendant now renews its Motion to Dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). (Doc. No. 33).

IT IS THEREFORE ORDERED, pursuant to § 3(c)(i) of this Court's Standing Order Governing Civil Case Management (3:07-mc-47, Doc. No. 2-4), all deadlines and proceedings in this case are hereby STAYED pending disposition of Defendant's renewed Motion to Dismiss.

The Clerk shall send a copy of this Order to *pro se* Plaintiff at her address of record, 177 Anson County High School Road, Pinebluff Apartment #205, Wadesboro, NC 28170, and to counsel

for Defendant.

IT IS SO ORDERED.

Signed: April 15, 2011

Frank D. Whitney
United States District Judge