# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shirley R. Hardin,

    Plaintiff(s),

vs.

Francis Kateh,
Anson County Health Department,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-260

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2011 Order.

Signed: June 27, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court